IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL ACTION NO.: 3:20-cv-00596

| | |
|---|---|
| JOHNNY H. COBLE, JR. and ROBIN COBLE, both on behalf of their minor child "J.H.C.," <br><br> Plaintiffs, <br><br> v. <br><br> LAKE NORMAN CHARTER SCHOOL, INC., *et al.,* <br><br> Defendants. | **DEFENDANTS' BRIEF IN OPPOSITION TO PLAINTIFFS' MOTION TO RECONSIDER** |

Lake Norman Charter ("LNC") submits this brief on behalf of all defendants and requests that the Court deny Plaintiffs' Motion to Reconsider (Doc. 33).

Starting on 04 November 2020 at the TRO hearing and continuing to the present in their current motion, Plaintiffs have pushed one theory: that *Lemon v. Kurtzman*, 401 U.S. 602 (1971), does not apply to this case. This Court has rejected that argument at every turn, mainly because the Fourth Circuit's decision in *Wood v. Arnold*, 915 F.3d 308 (4th Cir. 2019), remains binding precedent.

If the Cobles want to pursue their legal theory, the time has now come to do so before the United States Court of Appeals for the Fourth Circuit. Defendants ask that this Court deny the Motion to Reconsider.

Respectfully submitted, this the 28th day of April 2021.

                                                       **YATES, MCLAMB & WEYHER, LLP**

                     BY:   /s/ Rodney E. Pettey w/ permission
                                  RODNEY E. PETTEY
                                  N.C. State Bar No.: 17715

DAVID M. FOTHERGILL
N.C. State Bar No.: 31528

Post Office Box 2889
Raleigh, North Carolina 27602
Telephone: (919) 835-0900
Facsimile: (919) 835-0910
Email:  rpettey@ymwlaw.com
        dfothergill@ymwlaw.com


**MIDDLEBROOKS LAW PLLC**

/s/ James G. Middlebrooks
JAMES G. MIDDLEBROOKS
N.C. Bar No. 13796

6715 Fairview Road, Suite C
Charlotte, North Carolina 28210
Telephone: (704) 817-8400
Email: gil@middlebrooksesq.com

*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing Defendants' Brief in Opposition to Plaintiffs' Motion to Reconsider using the CM/ECF system which will send notification of such filing to counsel of record.

This the 28th day of April 2021.

/s/ James G. Middlebrooks
James G. Middlebrooks