FILED: September 29, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-1737
(3:20-cv-00596-MOC-DSC)

_____

JOHN COBLE.; ROBIN COBLE, on behalf of minor child J.H.C.

    Plaintiffs - Appellants

v.

LAKE NORMAN CHARTER SCHOOL, INC.; RICK BUCKLER, Board Chairman; LESLIE FOGARTY, Board Vice-Chairman; JARED TILLEY, Treasurer and Board Member; STEPHANIE PAINTER, Secretary and Board Member; AMY CARR, Board Member; RIDGELY CHAPMAN, Board Member; JENNIFER JOHNSON, Board Member; GREG KILPATRICK, Board Member; ELIZABETH TIMKOVICH, Board Member

    Defendants - Appellees

_____

O R D E R

_____

Upon consideration of the motion to voluntarily dismiss this case pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, and there appearing no opposition, the court grants the motion.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk